Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

Hongnian Guo
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

John Pierce School
Jamie Yadoff
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

FILED 2023 OCT 23 A 11:31

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Hongnian Guo
   Street Address: 81 East Spring St
   City and County: Barrington, RI, 02806 / Bristol
   State and Zip Code: RI, 02806
   Telephone Number: 860-508-4363
   E-mail Address: guohn2000@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: John Pierce School
- Job or Title (if known):
- Street Address: 50 School St
- City and County: Brookline, Norfolk
- State and Zip Code: MA, 02445
- Telephone Number: 617-730-2583
- E-mail Address (if known): jamie_yadoff@psbma.org

Defendant No. 2
- Name: Jamie Yadoff
- Job or Title (if known): Principal - John Pierce School
- Street Address: 50 School St
- City and County: Brookline / Norfolk
- State and Zip Code: MA, 02445
- Telephone Number: 617-730-2583
- E-mail Address (if known): jamie_yadoff@psbma.org

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

① The constitution, article IV, section 2, Privilege
② 14th Amendment, Section I, equal protection of the law.
③ The ~~tort~~ Constitution, article IV, Section I, faith and credit to ~~pubit~~ public records.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* __Hongnian Guo__, is a citizen of the State of *(name)* __Rhode Island__.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* __Jamie Yacloff__, is a citizen of the State of *(name)* __Massachusetts__. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* __John Pierce School__, is incorporated under the laws of the State of *(name)* __MA__, and has its principal place of business in the State of *(name)* __MA__.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. **Statement of Claim** ( Detailed in Attachment -1)

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

① John Pierce School illegally checked into the citizen's family previlege without any authority;

② John Pierce School used the minor kids to make false statement to the Government.

③ Jamie Yacloff rejected releasing the illegal meeting record

④ Jamie Yacloff illegally put the meeting record into student record

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

① Release the ~~relea~~ meeting record.

② Release the false statement to the Government

③ Reimburse the filing fee

④ Reimburse the law expense to the plaintiff. $100,000

⑤ Penalty of crime, $1,000,000

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/23/2023

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Hongnian Guo

### B.  For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address:

## Detailed Statement of claim

HOW TO START A CAREFULLY PLANNED ORGANIZED CRIME OF THE ATTEMPTED MURDER FOR THE SAKE OF NEUTRALIZING THE WITNESS TO THEIR SPY ACTIVITY

### Allegation:

1. Subornation of perjury.

2. False statement perjury.

3. Obstruction of Justice.

4. Custodial interference.

### Factual List to the Allegations:

1. Subornation.

    *Cheating the minor kids to make the false report.*

2. False statement.

    *Based on the false report from the minor kids, made the false statement to the Government to testify the plaintiff from behind.*

3. Obstruction of Justice and Custodial interference.

    1) *Pierce School held an illegally meeting to investigate the plaintiff's family issues, assuming there was domestic violence based on the minor kids without any background knowledge. Pierce School has no such power to investigate.*

4. *When the plaintiff requested the records for this illegal meeting, Ms. Jamie Yadoff rejected at first, then she denied there was the meeting in the hearing. When the plaintiff showed up the solid evidence, she rejected to release the meeting records again. In the end, she claimed she had already put the meeting records into the minor kids' personal records.*

## Federal Questions

| Violations | Federal Questions |
|---|---|
| 1. Designing the conspiracy of attempted murder targeting the plaintiff for the sake of neutralizing the witness to CCP Spy activity | **The Constitution, article IV, Section 2**, *The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States* |
| 2. The Public Employee designed first-degree murder | **Fourteenth Amendment, Section 1,** *nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.* |
| 3. To cover their crimes, Pierce School put the public meeting records into the private records of minor kids. | **The Constitution, article IV, Section 1,** *Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State.* |